# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-16-00157-CV

**G. H., Appellant**

**v.**

**Texas Department of Family and Protective, Appellee**

### FROM THE 207TH DISTRICT COURT OF HAYS COUNTY,
### NO. 14-1297, THE HONORABLE GARY L. STEEL, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellant G.H. filed his notice of appeal on February 26, 2016. Appellant's brief was due April 12, 2016. On April 14, 2016, counsel for appellant filed a motion for extension of time to file appellant's brief.

Amendments to the rules of judicial administration accelerate the final disposition of appeals from suits for termination of parental rights. *See* Tex. R. Jud. Admin. 6.2(a) (providing 180 days for court's final disposition). The accelerated schedule constrains this Court's leeway in granting extensions. In this instance, we will grant the motion and order counsel to file appellant's brief no later than May 4, 2016. If the brief is not filed by that date, counsel may be required to show cause why he should not be held in contempt of court.

It is ordered on April 18, 2016.

Before Chief Justice Rose, Justices Pemberton and Bourland